IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-HC-2061

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT PAUL BOYD, | ) | |
| Register Number 23957-018, | ) | |
| | ) | |
| Respondent. | ) | |

On June 23, 2010, the Federal Public Defender ("FPD") filed a motion to dismiss [D.E. 8] the government's petition for respondent's commitment pursuant to 18 U.S.C. § 4248. On August 13, 2010, respondent filed a pro se "motion for substitute counsel" [D.E. 12]. On August 26, 2010, the court allowed a motion to withdraw as counsel filed by the FPD and directed the FPD to appoint new counsel for respondent [D.E. 13]. On September 10, 2010, G. Ryan Willis entered a notice of appearance as counsel for respondent [D.E. 15].

Respondent's motion to dismiss [D.E. 8], which was filed by the FPD, is DENIED WITHOUT PREJUDICE. Respondent's motion for substitute counsel [D.E. 12] is DENIED as moot. Respondent is DIRECTED to file any motions to dismiss, for transfer of venue, or for a hearing, within fourteen days of the date of this order. Standing Order on Procedures for Commitments under 18 U.S.C. § 4248, 10-SO-01, ¶ 3(a)–(b) (E.D.N.C. Aug. 4, 2010).

SO ORDERED. This 30 day of November 2010.

JAMES C. DEVER III
United States District Judge